Honorable Christopher M. Alston
Chapter 7
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 17-14070 |
| REYNALDO VINLUAN, | |
| Debtor. | |
| EDMUND J. WOOD, Trustee of the Estate of Mark and Daina Carter, | Adv. No. 18-01026 |
| Plaintiff, | DECLARATION OF MAILING |
| vs. | |
| UNITED PACIFIC MORTGAGE INC., a Washington corporation; AVENTUS INC., a Nevada corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation doing business in the State of Washington; and LCS FINANCIAL SERVICES CORPORATION, a Colorado corporation doing business in the State of Washington, | |
| Defendants. | |

I, Christopher Williams, declares and states as follows:

1. I am over the age of eighteen years, a citizen of United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

//

//

//

**DECLARATION OF MAILING - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

2. That on the 28th day of March, 2018 copies of the Complaint to Avoid Second Position Lien and the issued Summons in an Adversary Proceeding were deposited in the United States mail by first class mail, postage prepaid, to the following parties:

United Pacific Mortgage Inc.
c/o Richard Todhunter, Registered Agent
10003 65th Ave S
Seattle, WA 98178

Aventus Inc.
c/o Adam Greenhalgh, Registered Agent
2901 S 128th St, Suite 2000
Seattle, WA 98168

Aventus Inc.
c/o Budget Corporate Renewals Inc., Registered Agent
PO Box 27103
Las Vegas, NV 89126

Mortgage Electronic Registration Systems Inc.
c/o Robert Jacobsen, Registered Agent
93 S Jackson St, Dept. 37265
Seattle, WA 98104

Mortgage Electronic Registration Systems Inc.
c/o The Prentice-Hall Corporation System Inc., Registered Agent
251 Little Falls Dr
Wilmington, DE 19808

Mortgage Electronic Registration Systems Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

MERSCORP Holdings Inc.
c/o RL&F Service Corp., Registered Agent
920 N King St, Floor 2
Wilmington, DE 19801

//

//

**DECLARATION OF MAILING - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

| | |
|---|---|
| 1 | MERSCORP Holdings Inc. |
| 2 | c/o The Corporation Trust Company, Registered Agent<br>Corporation Trust Center 1209 Orange St |
| 3 | Wilmington, DE 19801 |
| 4 | LCS Financial Services Corporation |
| 5 | c/o Registered Agent Solutions Inc., Registered Agent<br>3400 Capitol Blvd SE, Suite 101 |
| 6 | Tumwater, WA 98501 |
| 7 | Ocwen Loan Servicing LLC |
| 8 | c/o Corporation Service Company, Registered Agent<br>300 Deschutes Way SW, Suite 304 |
| 9 | Tumwater, WA 98501 |

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Dated this 28th day of March, 2018 at Seattle, Washington.

By: /s/ Christopher Williams
Christopher Williams
Assistant to Kathryn A. Ellis

C:\Shared\KAE\Dox\Vinluan\cmp\cmp_mail_dec.wpd

**DECLARATION OF MAILING - 3**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002