**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 7 |
| REYNALDO VINLUAN, | Case No. 17-14070-CMA |
| Debtor. | |
| EDMUND J. WOOD, Trustee of the Estate of Mark and Daina Carter, | Adv. Case No. 18-01026-CMA |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| UNITED PACIFIC MORTGAGE INC., a Washington corporation; AVENTUS INC., a Nevada corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation doing business in the State of Washington; MERSCORP HOLDINGS INC., a Delaware corporation doing business in the State of Washington; LCS FINANCIAL SERVICES CORPORATION, a Colorado corporation doing business in the State of Washington; and OCWEN LOAN SERVICING LLC, a Delaware limited liability company doing business in the State of | |

**DEFAULT JUDGMENT - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

1 Washington,

2
            Defendants.
3

4   THIS MATTER having come on before the Honorable Christopher M. Alston of the above-

5 entitled Court upon the Plaintiff's Motion for Finding of Default and Entry of Default Judgment, the

6 Court being advised in the premises therefore, and having reviewed the declaration of Plaintiff in

7 support of such motion, the Defendants Mortgage Electronic Registration Systems Inc., MERSCORP

8 Holdings Inc., LCS Financial Services Corporation, and Ocwen Loan Servicing LLC previously

9

10 having been found in default pursuant to Bankruptcy Rule 7055, now, therefore

11   IT IS HEREBY ORDERED that the lien created by the Deed of Trust dated December 12,

12 2006, in favor of Defendant Aventus Inc. as the "Lender" and Defendant Mortgage Electronic

13 Registration Systems Inc. as both "Beneficiary" and "nominee for Lender", as was assigned to

14 Defendant Ocwen Loan Servicing LLC on the 26th day of April, 2018, against the condominium

15 located at 303 23rd Ave S, Unit 606, Seattle, WA (APN 8726630560), legally described as:

16
> Unit 606 of TWENTY-THIRD & MAIN, a condominium, according to the Declaration
17 > thereof recorded under King County Recording No. 20001101000944, and any
> amendments thereto, and in Volume 169 of Condominiums, pages 54 through 63,
18 > records of King County, Washington

19
shall be and is hereby avoided pursuant to 11 U.S.C. §§ 506 (d).
20
   IT IS FURTHER ORDERED that the lien avoided herein is preserved for the benefit of the
21
estate pursuant to 11 U.S.C. § 551.
22
/// End of Order ///
23

24 Presented by:
/s/ Kathryn A. Ellis
25 Kathryn A. Ellis, WSBA #14333
Attorney for Plaintiff
26 C:\Shared\KAE\Dox\Vinluan\cm\Default_judgment_ord.wpd

27
                                        KATHRYN A. ELLIS, ESQ.
28                                           5506 6th Ave S
                                               Suite 207
                                           Seattle, WA 98108
**DEFAULT JUDGMENT - 2**                     (206) 682-5002